[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Aug. 26, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-13883

_____

D. C. Docket No. 03-01729-CV-T-30-TBM

JUSTIN RAND,

Plaintiff-Appellant,

versus

HOFFMANN-LA ROCHE INC.,
ROCHE LABORATORIES, INC.,
F. HOFFMANN-LA ROCHE LTD.,
ROCHE HOLDING LTD.,

Defendants-Appellees.

_____

No. 07-13884
Non-Argument Calendar

_____

D. C. Docket No. 04-02614-CV-T-30-TBM

CALEB ROBERT MCCLAIN,
KATHLEEN L. MCCLAIN-ROSARIO,

Plaintiffs-Appellants,

versus

HOFFMANN-LA ROCHE INC.,
ROCHE LABORATORIES, INC.,

Defendants-Appellees.

_____

No. 07-13885
Non-Argument Calendar
_____

D. C. Docket No. 04-02641-CV-T-30-TBM

KENNETH LOCKE,
et al.,

Plaintiffs,

MARY E. FARR,
BETH PARKER, as Administrator of the
Estate of Kenneth Locke, Deceased,
JAMES STUDENSKY, U.S. Trustee for the
bankruptcy estate of Lacy and Brian Fechner,

Plaintiffs-Appellants,

2

versus

HOFFMANN-LA ROCHE INC.,
ROCHE LABORATORIES, INC.,
F. HOFFMANN-LA ROCHE LTD.,
ROCHE HOLDING LTD.,

Defendants-Appellees.

_____

No. 07-13886
Non-Argument Calendar

_____

D. C. Docket No. 04-02642-CV-T-30-TBM

KEITH HUBBARD,
et al.,

Plaintiffs,

KENNETH CANNADY,

Plaintiff-Appellant,

versus

HOFFMANN-LA ROCHE INC.,
ROCHE LABORATORIES, INC.,
F. HOFFMANN-LA ROCHE LTD.,
ROCHE HOLDING LTD.,

Defendants-Appellees.

3

_____

No. 07-13887
Non-Argument Calendar

_____

D. C. Docket No. 04-02643-CV-T-30-TBM

GARRETT STEPHENS,
et al.,

Plaintiffs,

DIANE REED, Trustee for the
Estate of Andrew Dean Messick,

Plaintiff-Appellant,

versus

HOFFMANN-LA ROCHE INC.,
ROCHE LABORATORIES, INC.,
F. HOFFMANN-LA ROCHE LTD.,

Defendants-Appellees.

_____

No. 07-13888
Non-Argument Calendar

_____

D. C. Docket No. 05-00370-CV-T-30-TBM

4

DARRELL W. TEMPLE,

                                                    Plaintiff-Appellant,


versus


HOFFMANN-LA ROCHE INC.,
ROCHE LABORATORIES, INC.,
ROCHE HOLDING LTD.,


                                                    Defendants-Appellees.


_____

No. 07-13889
Non-Argument Calendar
_____

D. C. Docket No. 05-01478-CV-T-30-TBM

JARED STEVENS,

                                                    Plaintiff-Appellant,

versus


HOFFMANN-LA ROCHE INC.,
ROCHE LABORATORIES, INC.,
F. HOFFMANN-LA ROCHE LTD.,
ROCHE HOLDING LTD.,


                                                    Defendants-Appellees.

_____

No. 07-13890
Non-Argument Calendar
_____

D. C. Docket No. 06-01063-CV-T-30-TBM

RICHARD PECHER,

Plaintiff-Appellant,

versus

HOFFMANN-LA ROCHE INC.,
d.b.a. Roche Pharmaceuticals,

Defendant-Appellee.

_____

No. 07-13891
Non-Argument Calendar
_____

D. C. Docket No. 06-01546-CV-T-30-TBM

BRITT MARIE WRIGHT,

Plaintiff-Appellant,

versus

HOFFMANN-LA ROCHE INC.,
ROCHE LABORATORIES, INC.,
F. HOFFMANN-LA ROCHE LTD.,
ROCHE HOLDING LTD.,

Defendants-Appellees.

6

_____

Appeals from the United States District Court
for the Middle District of Florida
_____

**(August 26, 2008)**

Before WILSON and PRYOR, Circuit Judges, and MIDDLEBROOKS,[*] District Judge.

PER CURIAM:

Several plaintiffs, whose product-liability claims against Hoffman-LaRoche, Inc., were consolidated, appeal the summary judgment in favor of Hoffman-LaRoche that was based on a ruling by the district court that their causation evidence was inadmissible. See In re Accutane Prods. Liab., 511 F. Supp. 2d 1288 (M.D. Fla. 2007). We have considered the briefs, the relevant parts of the record, and the well-reasoned opinion by the district court and conclude that the district court did not abuse its discretion by excluding the evidence and properly granted summary judgment.

**AFFIRMED**.

---

[*] Honorable Donald M. Middlebrooks, United States District Judge for the Southern District of Florida, sitting by designation.